**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANONA DUFFY, et al., | : | |
|    Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LAWYERS TITLE INSURANCE CO., | : | No. 11-4503 |
|    Defendant. | : | |

**O R D E R**

**AND NOW**, this 23rd day of February, 2012, upon consideration of defendant's motion to dismiss plaintiffs' amended complaint (Doc. No. 15) and plaintiff's response thereto (Doc. No. 16), and following oral argument on February 8, 2012, **IT IS HEREBY ORDERED** that defendant's motion is **DENIED.**

                                             BY THE COURT:

                                             /s/LAWRENCE F. STENGEL
                                             LAWRENCE F. STENGEL, J.