# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANONA DUFFY, et al., | : | |
|     Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LAWYERS TITLE INSURANCE CO., | : | No. 11-4503 |
|     Defendant. | : | |

## O R D E R

**AND NOW**, this 2nd day of July, 2012, upon consideration of the Defendant's Motion to Certify Order for Immediate Appeal and for Stay of Proceedings (Doc. No. 29), and Plaintiffs' Response thereto (Doc. No. 31), it is hereby ORDERED that the Motion is **DENIED**.

BY THE COURT:


/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.