**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANONA DUFFY, et al.,** | : | |
| **Plaintiffs,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **LAWYERS TITLE INSURANCE CO.,** | : | **No. 11-4503** |
| **Defendant.** | | |

**O R D E R**

**AND NOW**, this 17th day of September, 2013, upon careful consideration of the defendant's motion for summary judgment (Doc. #52), all responses thereto, and the parties' oral arguments, it is hereby ORDERED that the defendant's motion for summary judgment is **GRANTED**.

The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.